# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>TIMOTHY M NETSCHER )<br>TESSA M NETSCHER )<br>)<br>)<br>)<br>)<br>**Debtors** )<br>) | CASE NO: 13-47817-399<br>Chapter 13<br><br>Re: Objection to Claim 5 filed by<br>  INTERNAL REVENUE SERV<br>  Acct: XXXXX1428<br><br>7 OBJ: 03/24/2014 |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that he made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to his objection or that any opposition has been resolved.

ORDCLM--AC

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee

### ORDER

Upon Trustee's objection to claim number 5 filed by INTERNAL REVENUE SERV, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is ALLOWED BUT ORDERED PAID AS $2,392.85 PRIORITY AND $4,366.48 UNSECURED. AN AMENDED CLAIM MAY BE FILED.

**DATED: April 28, 2014**
**St. Louis, Missouri**

Barry S. Schermer
**Barry S. Schermer**
**United States Bankruptcy Judge**

Copy mailed to:

TIMOTHY M NETSCHER
826 WILD HAWK DR
EUREKA, MO  63025

TESSA M NETSCHER
621 N VIRGINIA
EUREKA, MO  63025

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123

INTERNAL REVENUE SERV
PO BOX 7346
INSOLVENCY UNIT
PHILADELPHIA, PA  19101-7346

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

INTERNAL REVENUE SERV
PO BOX 7317
C/O MISSOURI CASES
PHILADELPHIA, PA  19101-7317